AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations - Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| v. | |
| | Case Number: 8:03-cr-368-T-30MSS |
| VICTOR CLARK | USM Number: 41309-018 |
| | |
| | Daniel Castillo |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) ONE, TWO, THREE and FOUR of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | New Criminal Conduct, Felon in Possession of Firearms, occurring while on supervision in violation of the conditions of supervision (Grade B violation) | July 12, 2006 |
| 2 | New Criminal Conduct, Unlawful Re-entry into the United States by a Previously Deported Alien, occurring while on supervision in violation of the conditions of supervision (Grade B violation) | July 12, 2006 |
| 3 | Violation of the standard condition prohibiting possession of a firearm, ammunition or a destructive device (Grade C violation) | July 12, 2006 |
| 4 | Violation of the standard condition prohibiting the defendant from the re-entry into the United States without permission of the U.S. Attorney General (Grade C violation) | July 12, 2006 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation – Sheet 1 -Continuation

| | | | | |
|---|---|---|---|---|
| DEFENDANT: | VICTOR CLARK | Judgment - Page | 2 | of 3 |
| CASE NUMBER: | 8:03-cr-368-T-3MSS | | | |

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 31, 2007
Date of Imposition of Judgment

_/s/ James S. Moody, Jr._
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

31 July 2007
Date

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation – Sheet 1 -Continuation

| | | | | |
|---|---|---|---|---|
| DEFENDANT: | VICTOR CLARK | Judgment - Page | 2 | of 3 |
| CASE NUMBER: | 8:03-cr-368-T-3MSS | | | |

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation   Sheet 2 - Imprisonment

DEFENDANT: VICTOR CLARK   Judgment - Page 3 of 3
CASE NUMBER: 8:03-cr-368-T-30MSS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of FOURTEEN (14) MONTHS with no term of supervision to follow. The term of imprisonment imposed by this judgment shall run consecutively with the defendant's term(s) of imprisonment already imposed or as yet to be imposed in any future sentence in Docket Number 8:06-cr-312-T-26MAP, Middle District of Florida.

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_ at _____ a.m.   p.m.   on _____.

    \_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_ before 2 p.m. on _____.

    \_\_\_ as notified by the United States Marshal.

    \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL